VIRGINIA ELECTRIC & POWER CO. *v.* JOHNSON, COMMISSIONER OF REVENUE OF NORTH CAROLINA.

No. 906.   Decided June 19, 1961.

*George D. Gibson* and *John W. Riely* for appellant.

*Thomas Wade Bruton,* Attorney General of North Carolina, and *Peyton B. Abbott, Lucius W. Pullen* and *Thomas L. Young,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

LOCAL 1422, INTERNATIONAL LONGSHORE-MEN'S UNION, AFL–CIO, ET AL. *v.* SOUTH CAROLINA STATE PORTS AUTHORITY.

No. 922.   Decided June 19, 1961.

*Wm. McG. Morrison, Jr.* for appellants.   *Coming B. Gibbs* and *William H. Grimball, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.